NOH13 (6/1/12) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Lorena McKenzie**
Debtor(s)

) Case No. **11–64552–fra13**
)
)
) NOTICE OF HEARING
)
)
)

November 13, 2012

Clerk, U.S. Bankruptcy Court

BY **krw** DEPUTY

**PLEASE TAKE NOTICE** that a Hearing, at which testimony will be received if offered and admissible, will be held:

**DATE:** 12/11/12     **TIME:** 01:30 PM

**LOCATION:** US Bankruptcy Court, Courtroom #6, 405 E 8th Ave, Eugene, OR 97401

to consider and act upon the following:

Application by Debtor's Attorney for Supplemental Compensation

Clerk, U.S. Bankruptcy Court