NOH13 (6/1/12) krw

| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

In re  
**Lorena McKenzie**  
Debtor(s)

) Case No. **11–64552–fra13**  
)  
)  
) NOTICE OF HEARING  
)  
)  
)

December 13, 2012

Clerk, U.S. Bankruptcy Court

BY **krw** DEPUTY

**PLEASE TAKE NOTICE** that a Continued Hearing, at which testimony will be received if offered and admissible, will be held:

**DATE:** 1/15/13    **TIME:** 01:30 PM

**LOCATION:** US Bankruptcy Court, Courtroom #6, 405 E 8th Ave, Eugene, OR 97401

to consider and act upon the following:

Application by Debtor's Attorney for Supplemental Compensation

NOTE: The time of the hearing is different that the time that was announced in Court at the hearing on 12/11/12.

Clerk, U.S. Bankruptcy Court